DANIEL J. BRODERICK, Bar #89424
Federal Defender
VICTOR M. CHAVEZ, #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CARMELO RESENDEZ-MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CARMELO RESENDEZ-MORALES, <br><br> Defendant. | No. 1:09-cr-00110 AWI <br><br> **AMENDED** STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON <br><br> Date: August 3, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and VICTOR M. CHAVEZ, Assistant Federal Defender, counsel for defendant, Carmelo Resendez-Morales, that the date for status conference may be continued to August 3, 2009, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is June 29, 2009. The requested new date is August 3, 2009.**

Additional time is needed to conduct plea negotiations.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded as
2  necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (ii),
3  (iv).

```
                                               LAWRENCE G. BROWN
                                               Acting United States Attorney

DATED: June 25, 2009                    By  /s/ Susan Phan
                                            SUSAN PHAN
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender


DATED: June 25, 2009                    By  /s/ Victor M. Chavez
                                            VICTOR M. CHAVEZ
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Carmelo Resendez-Morales
```

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(B) and (A) (ii), (iv).

IT IS SO ORDERED.

**Dated:   June 26, 2009**              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE